ORIGINAL

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| LOUISE RHODES, | ) | |
| Plaintiff, | ) | |
| vs. | ) | No. 3:05-CV-2402-K |
| | ) | ECF |
| U.S. OFFICE OF SPECIAL COUNSEL, | ) | |
| et al., | ) | |
| Defendants. | ) | |

## ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

After reviewing all relevant matters of record in this case, including the Findings, Conclusions, and Recommendation of the United States Magistrate Judge and Plaintiff's Objections thereto filed on December 19, 2006, in accordance with 28 U.S.C. § 636(b)(1), the undersigned District Judge is of the opinion that the Findings and Conclusions of the Magistrate Judge are correct and they are accepted as the Findings and Conclusions of the Court.

SIGNED this 22nd day of December, 2006.

ED KINKEADE
UNITED STATES DISTRICT JUDGE