IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| LOUISE RHODES, | § | |
| | § | |
| Plaintiff, | § | |
| vs. | § | No. 3:05-CV-2402-K |
| | § | ECF |
| U.S. OFFICE OF SPECIAL COUNSEL, | § | |
| et al., | § | |
| | § | |
| Defendants. | § | |

## ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

After reviewing all relevant matters of record in this case, including the Findings, Conclusions, and Recommendation of the United States Magistrate Judge and any objections thereto, in accordance with 28 U.S.C. § 636(b)(1), the undersigned District Judge is of the opinion that the Findings and Conclusions of the Magistrate Judge are correct and they are accepted as the Findings and Conclusions of the Court.

For the reasons stated in the Findings, Conclusions, and Recommendation, the Court **GRANTS** the motion to dismiss (doc. 36) filed by Defendant Office of Special Counsel (OSC) and **DENIES** Plaintiff's motion for relief (doc. 44). Accordingly, OSC is dismissed from this action. Plaintiff's Objection to the Findings, Conclusions, and Recommendation, are **OVERRULED.**

The Clerk is DIRECTED to re-issue summons for Defendant Thomas Stanton and have the U.S. Marshal Serve him at the following address: Thomas R. Stanton, Legal Aid of North West Texas, 114 W. Louisiana Street, McKinney, Texas 75069.

SO ORDERED.

SIGNED this 3rd day of June, 2008.

*Ed Kinkeade*
ED KINKEADE
UNITED STATES DISTRICT JUDGE