IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| LOUISE RHODES, | § | |
| --- | --- | --- |
| Plaintiff, | § | |
| vs. | § | No. 3:05-CV-2402-K |
| | § | ECF |
| U.S. OFFICE OF SPECIAL COUNSEL, | § | |
| et al., | § | |
| Defendants. | § | |

## ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

After reviewing all relevant matters of record in this case, including the Findings, Conclusions, and Recommendation of the United States Magistrate Judge and any objections thereto, in accordance with 28 U.S.C. § 636(b)(1), the undersigned District Judge is of the opinion that the Findings and Conclusions of the Magistrate Judge are correct and they are accepted as the Findings and Conclusions of the Court.

For the reasons stated in the Findings, Conclusions, and Recommendation, the Court **DENIES** the motion to dismiss and **GRANTS** the motion for summary judgment filed in the same document by Defendant Thomas Stanton on September 5, 2008, (doc. 64). Because this ruling resolves the only claim remaining in this action, the Court hereby directs the Clerk of the Court to close the case upon entry of judgment.

SO ORDERED

Signed October 30th, 2008.

*Ed Kinkeade*
ED KINKEADE
UNITED STATES DISTRICT JUDGE